IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RAFEEQ AHMED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00999-O-BP |
| | § | |
| AIJAZ HUSSAIN, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 17) is **GRANTED**, and Plaintiff's claims are dismissed with prejudice. However, because Plaintiff filed an Amended Complaint repleading his disparate treatment claim within the fourteen days allotted for objections to this Findings, Conclusions, and Recommendation, the case shall proceed on the Amended Complaint.

**SO ORDERED** on this **17th day** of **May, 2018.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE